JAKOBI WORSTER, Respondent, v. ABRAHAM DORFMAN, Trading as DORFMAN

KNITTING MILLS, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $4,099.85; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.